UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY LA BARBERA, et al.,

                Plaintiffs,

-against-

ON PAR CONTRACTING CORP. d/b/a
ON-PAR CONTRACTING,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 6244 (SLT)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT      N.Y.
★ AUG 2 3 2007 ★
P.M. _____
TIME A.M. _____

        An Order of Honorable Sandra L. Townes, United States District Judge, having been filed on August 14, 2007, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated July 12, 2007; and directing the Clerk of Court to enter a default judgment against defendant in the amount of $132,722.88, comprised of $97,436.36 in unpaid contributions, $11,613.33 in interest, $19,487.65 in liquidated damages, and $4,183.54 in attorney's fees and costs; it is

        ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted in its entirety; and that a default judgment is hereby entered in favor of plaintiffs, Gary La Barbera, et al., and against defendant, On Par Contracting Corp. d/b/a On-Par Contracting, in the amount of $132,722.88, comprised of $97,436.36 in unpaid contributions, $11,613.33 in interest, $19,487.65 in liquidated damages, and $4,183.54 in attorney's fees and costs.

Dated: Brooklyn, New York
        August 22, 2007

                                            s/ RCH
                                      ROBERT C. HEINEMANN
                                      Clerk of Court